# Court of Appeals
# of the State of Georgia

ATLANTA,   July 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1261.  ANZO v. WELLS FARGO BANK, N.A.**

Christine Anzo filed a direct appeal from the trial court's order denying her motion to open default. We, however, lack jurisdiction. The record shows that a default *judgment* was entered against Anzo on March 23, 2012, and that she filed the motion to open default on April 9, 2012. Anzo was not entitled to open default under OCGA § 9-11-55 (b), which allows an individual to open default "[a]t any time *before* final judgment." (Emphasis added.) Anzo was authorized to seek to have the default judgment set aside under OCGA § 9-11-60 (d).  However, an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) requires the filing of an application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Given Anzo's failure to follow the requisite appellate procedure, we lack jurisdiction to consider this appeal, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/01/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



*, Clerk.*